DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLES BENNETT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D21-2576 & 4D21-2577

[March 10, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michael McNicholas, Judge; L.T. Case Nos. 472019CF000760A & 472019CF000448A.

Carey Haughwout, Public Defender, and Karen E. Ehrlich, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER, and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***